ACCEPTED
05-13-01482-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/27/2015 9:37:36 AM
LISA MATZ
CLERK

**LAW OFFICE OF
CHRISTIAN T. SOUZA**

4303 N. Central Expressway
Dallas, Texas 75205

Tel. (214) 862-7462 • Fax (214) 696-0867

souzalawdallas.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/27/2015 9:37:36 AM

LISA MATZ
Clerk

January 27, 2015

Lisa Matz, Clerk
Court of Appeals, 5th District
600 Commerce Street, Suite 200
Dallas, Texas 75202

RE:     State of Texas v. Erick Ford
        Trial No. F13-55893
        Appeal No. 05-13-01482-CR

        **Notification concerning TEX. R. APP. P. 48.4**

Dear Ms. Matz:

I am writing to advise that on or before this date copies of the opinion and judgment in this case were sent, certified mail, return receipt requested, No. 7011 2000 0000 5521 2259 to Appellant at his last known address per the web site of the Texas Department of Criminal Justice on January 26, 2015. I further certify that a letter was included in which the Appellant was advised that he has the right to file a pro se Petition for Discretionary Review under Rule 68 within thirty (30) days of the issuance of the judgment and opinion.

Thank you for your assistance in this matter.

                                        Respectfully,

                                        /s/ Christian T. Souza
                                        Christian T. Souza